IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,                              3:03-cr-00207-HDM-RAM

  vs.                                     ORDER

TODD WATSON,

     Defendant.

_____/

    The defendant has filed a motion for early termination of supervised release (#108). The government and the probation department oppose the motion.

    The defendant was convicted of a serious felony. In addition, the defendant had prior convictions. The court is not persuaded that an early termination of supervised release at this time is justified.

    Accordingly the defendant's motion for early termination of supervised release (#108) is denied.

    Dated this 31st day of August, 2011.

                                                    /s/ Howard D. McKibben

                                                    UNITED STATES DISTRICT JUDGE